ASHWANI K. BHAKHRI, ESQ.
SBN# 163521
LAW OFFICES OF ASHWANI K. BHAKHRI
1290 Old Bayshore Highway, Suite 255
Burlingame, CA 94010
Telephone (650) 685-6334
Facsimile   (650) 685-6351

FILED

⋯⋯-4  PM 1:05

Attorneys for Plaintiff

**E-Filing**

UNITED STATES DISCTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUR RASHID | **C  07  2414  BZ** |
| Plaintiff, | |
| | No. |
| -vs- | |
| | INS No. 76-672-298 |
| Chrsitina Poulos, Acting | |
| Director, California Service Center; | |
| Michael Chertoff, Secretary of the | |
| Homeland Security; Alberto Gonzalez, | |
| Attorney General of the United States; and | |
| | |
| Does 1 thru 50 | |
| | |
| Defendants. | |

COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS:

To the Honorable Judges of Said Court:

Plaintiff, Abdur Rashid, through undersigned counsel, alleges as follows:

1. This is a civil action brought pursuant to 8 U.S.C. Section 1447, 28 U.S.C.

Section 1331 and 1361, 5 U.S.C. Section 701 and 28 U.S.C. Section 2201 et sec. To

redress the deprivation of rights, privileges and immunities secured to plaintiff to

compel Defendants to perform a duty Defendants owe to plaintiff. Jurisdiction is also

conferred by 5 U.S.C. Section 704.

1

2.  This action is brought to compel Defendants and those acting under them to take action on a Form I-130, Application for Immediate Relative Classification, (hereinafter "The Application") in order for Plaintiff to bring his wife over to the United States as an immigrant. The Application was filed with the California Service Center on or about June 6, 2005. The USCIS (hereinafter "The Service") acknowledged receipt of plaintiff's I-130 application on or about July 26, 2005. See Ex. 1, Form I-797C. The Service requested additional information on February 24, 2006. See Ex. 2. The request for additional evidence was immediately complied with and the requested information was furnished to the Service on March 17, 2006.  See Ex. 3. The Service acknowledged receipt of additional evidence on March 30, 2006. See Ex. 4. Several follow-up letters were sent to the California Service Center requesting prompt action.  See Ex. 5. No response to plaintiff's correspondence has been received to this date. Plaintiff's application is approvable with the evidence submitted to this date. The Service Center Processing Dates for California Posted December 18, 2006 is attached herewith as Ex. 6.

3.  Defendants, the Department of Homeland Security and US Citizenship and Immigration Service, are charged by law with the statutory obligation to adjudicate the Application;

4.  Venue is proper under 28 USC Section 1391 (e) because the Plaintiff resides in this district and no real property is involved in this action.

FACTS:

5.  Plaintiff is a native and citizen of the United States of America. See Exhibit 1,

copy of the Naturalization Certificate).

6.  Plaintiff married Fatima Rashid on September 30, 2004. Plaintiff then filed an
I-130 application on or about or about June 6, 2005. The Service acknowledged receipt of
the Application on July 26, 2005. The Service requested additional information on
February 24, 2006. The request for additional evidence was promptly complied with.
Plaintiff wrote several letters to the Service, requesting to expedite the matter. The
facsimile inquiries requesting expeditious disposition of the matter were never responded.

VENUE

Venue is proper in this court, pursuant to 28 USC Section 1391 (e), in that this is an
action against officers and agencies of the United States in their official capacities,
brought in the District where a Defendant resides and where a substantial part of the
events or omissions giving rise to Plaintiffs' claim occurred. More specifically, Plaintiffs'
application for classification as Immediate Relative of a United States Citizen (Form I-
130) was properly and lawfully filed with the California Service Center, having
jurisdiction to adjudicate said application, and to Plaintiffs' knowledge, is remains
pending with the California Service Center. Plaintiff alleges that Christine Poulos is the
Acting Director of the California Service Center, an agency of the United States
Department of Homeland Security, and she is sued in her official capacity. Plaintiff
alleges that the Defendant has a role in the adjudication of Immediate Relative
Application. Defendant Alberto Gonzales is Attorney General of the United States, and
this action is brought against him in his official capacity. He is generally charged with
enforcement of the Immigration and Naturalization Act, and is further authorized to
delegate such powers and authority to subordinate employees of the Department of

3

Justice. 8 USC Section 1103 (a). More specifically, the Attorney General is responsible for the adjudication of applications for Immediate Relative Petitions. USCIS is an agency within the Department of Homeland Security to whom the Attorney General's authority has in part been delegated, and is subject to the Attorney General's supervision.

## JURISDICTION

This Court has jurisdiction of this action pursuant to 28 USC 1331, 28 USC 1361, 28 USC 1651, 5 USC 701 et seq., and 28 USC 2201 et seq. and relief is requested pursuant to said statutes. The Service has failed to take action in a timely manner. The processing for these type cases does not involve a time period of more than 9-12 months. It has been approximately 2 years since the applications for adjudication was submitted with the California Service Center. Defendant is taking no action on plaintiff's case in spite of the fact that a significant period has passed since Plaintiff submitted Immediate Relative Petition (Form I-130) on behalf of his wife.

## EXHAUSTION OF REMEDIES

Plaintiff has exhausted his administrative remedies. The Service has failed to adjudicate this application in a timely fashion.

## CAUSE OF ACTION

Defendant's refusal to act in this case, as a matter of law, arbitrary, and not in accordance with the law. Plaintiff has been greatly damaged by the failure of defendant to act in accord with his duties under the law. All legal prerequisites have been satisfied. Plaintiff submitted a Immediate Relative Petition on behalf of his lawfully married wife in June 2005. At the time of said filings, such applications were routinely being adjudicated by the California Service Center in a period of between 6 months to 9

4

months. It is unusual for the California Service Center to take unprecedented time in adjudicating this type of application. In addition, the Service Center has failed to respond to Plaintiff's multiple inquiries regarding status of his application. Plaintiff's application remains unadjudicated for about two years. Defendants have sufficient information to determine Plaintiffs' eligibility pursuant to applicable requirements. To date, said application has not been adjudicated. Defendant's refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in and have refused to, adjudicate Plaintiffs' application for about two years, thereby depriving him of the right to a decision on his status and the peace of mind to which Plaintiff is entitled.

Defendants, in violation of the Administrative Procedures Act, 5 USC Section 701 et seq., are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by

law with regard to Plaintiffs' case. Plaintiff has waited for a significant time period and an adequate notice to the Service was provided in an attempt to secure adjudication of his application, all to no avail. Accordingly, Plaintiff has been forced to retain the services of an attorney to pursue the instant action.

PRAYER

Wherefore, in view of the arguments and authority noted herein, Plaintiff respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

- (a) requiring defendants to adjudication Plaintiff's application for Immediate Relative Petition ;
- (b) awarding Plaintiff reasonable attorney's fee; and

5

(c) granting such other relief at law and in equity as justice may require.

Respectfully submitted

BY_____
ASHWANI K. BHAKHRI
Attorney at Law

1

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE  I130   IMMIGRANT PETITION FOR RELATIVE, |
|---|---|---|
| WAC-05-214-51552 | | FIANCE(E), OR ORPHAN |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| July 26, 2005 | | RASHID, ABDUR |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| August 1, 2005 | 1 of 1 | RASHID, FATIMA |

ASHWANI K. BHAKHRI
LAW OFFICES OF ASHWANI K BHAKHRI
RE: ABDUR RASHID
1290 OLD BAYSHORE HWY STE 255
BURLINGAME CA 94010

**Notice Type:**  Receipt Notice

Amount received: $  185.00

Section: Husband or wife of U.S.
        Citizen, 201(b) INA

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
  - You can check our current processing time for this kind of case on our website at **uscis.gov**.
  - On our website you can also sign up to get free e-mail updates as we complete key processing
    steps on this case.
  - Most of the time your case is pending the processing status will not change because we will be
    working on others filed earlier.
  - We will notify you by mail when we make a decision on this case, or if we need something from you.
    If you move while this case is pending, call customer service when you move.
  - Processing times can change. If you don't get a decision or update from us within our current
    processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you
contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative,
as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping
a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available
before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will
allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay
the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel**
<http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our
website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative
petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



2



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services

R 3|2|06

Notice of Action

| A# | | Application/Petition |
|----|----|----|
| | | I-130, Petition for Alien Relative |
| **Receipt #** | | **Applicant/Petitioner** |
| WAC0521451552 | | Rashid, Abdur |
| **Notice Date** | **Page** | **Beneficiary** |
| February 24, 2006 | 1 of 2 | Rashid, Fatima |

ASHWANI K  BHAKHRI
LAW OFFICES OF ASHWANI K BHAKHRI
RE: ABDUR RASHID
1290 OLD BAYSHORE HWY STE 255
BURLINGAME CA 94010-

Request for Evidence

IMPORTANT: WHEN YOU HAVE COMPLIED WITH THE INSTRUCTIONS ON THIS FORM, RESUBMIT THIS NOTICE ON TOP OF ALL REQUESTED DOCUMENTS AND /OR INFORMATION TO THE ADDRESS BELOW. THIS OFFICE HAS RETAINED YOUR PETITION/APPLICATION WITH SUPPORTING DOCUMENTS.

THE INFORMATION REQUESTED BELOW MUST BE RECEIVED BY THIS OFFICE NO LATER THAN EIGHTY-FOUR (84) DAYS FROM THE DATE OF THIS NOTICE. IF YOU DO NOT PROVIDE THE REQUESTED DOCUMENTATION WITHIN THE TIME ALLOTTED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED PURSUANT TO 8 C.F.R. 103.2(B)(13) AND, AS SUCH, WILL BE DENIED.

CSC3655  WS22131  DIV VI

**RETURN THIS NOTICE ON TOP OF THE REQUESTED INFORMATION LISTED ON THE ATTACHED SHEET.**

Note: You are given until **May 19, 2006**    in which to submit the information requested.

Pursuant to 8 C.F.R. 103.2(b)(11) failure to submit ALL evidence requested at one time may result in the denial of your application.

For more information, visit our website at **WWW.USCIS.GOV**

Or call us at **1-800-375-5283**

Telephone service for the hearing impaired: 1-800-767-1833

You will be notified separately about any other applications or petitions you filed. Save a photocopy of this notice. Please enclose a copy of it if you write to us about this case, or if you file another application based on this decision. Our address is:

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
CALIFORNIA SERVICE CENTER
P.O. BOX 10590
LAGUNA NIGUEL, CA 92607-0590
(949) 831-8427



WAC0521451552

Form I-797 (1/00)

Please see additional information on the back.

WAC0521451552
Page 2

## EVIDENCE REQUEST – I-130 PETITION

Submit only clear and legible copies of documents unless the originals are requested. Any document containing a language other than English must be submitted with a full English language translation. The translator must certify that the translation is complete and accurate and that he or she is competent to translate.

### Please submit the following evidence:

- **MARRIAGE CERTIFICATE/FOREIGN LANGUANGE DOCUMENT:** Please submit the proper Bengali version of the Extract from the Register of Marriage 'Nikah Nama' certified by the Muslim Marriage Registrar (Kazi). You have merely submitted the English translation of the 'Nikah Nama' without the actual Bengali version. Therefore, you must submit a legible copy of the marriage document in its original language.

- **PASSPORT:** Submit clear and legible photocopies of Abdur Rashid's entire passport, including the biographical page, visa pages(s), and the page(s) containing immigration entry and exit stamp(s).

- **FORM G-325A (Biographic Information Form):** Submit individual completed and signed Form G-325A for the petitioner Abdur Rashid and the beneficiary Fatima Rashid. The petitioner and the beneficiary must complete and sign individual forms. You may download forms online at the US Citizenship and Immigration Services web site at: WWW.USCIS.gov

- **PHOTOS:** Submit two separate Passport-style photos of each the petitioner and the beneficiary. The photos must meet the following requirements.

  a) Taken within the past 6 months, showing current appearance.
  b) 2x2 inches in size
  c) The photos must have a white background and be glossy, unretouched and not mounted. The dimensions of the facial image should be about 1 inch from the chin to top of the hair.
  d) Color or black and white
  e) Full face, front view with a plain white or off-white background
  f) Between 1 inch and 1 3/8 inches from the bottom of the chin to the top of the head
  g) Taken in normal street attire
    - ☐ Uniforms should not be worn in photographs except religious attire that is worn daily.
    - ☐ Do **not** wear a hat or headgear that obscures the hair or hairline.
    - ☐ If you normally wear prescription glasses, a hearing device, wig or similar articles, they should be worn for your picture.
    - ☐ Dark glasses or nonprescription glasses with tinted lenses are not acceptable unless you need them for medical reasons. A medical certificate may be required.

3

**LAW OFFICES OF
ASHWANI K BHAKHRI
A PROFESSIONAL CORPORATION**
1290 Bayshore Highway, Ste. 255
Burlingame, CA 94010
Tel: (650) 685-6334
Fax: (650) 685-6351

ASHWANI K. BHAKHRI, ESQ.
JOSEPH J. SIGUENZA, ESQ.
ROBERT J. MENACHE, ESQ.
CHUANPIS SANTILUKKA, ESQ. *Admitted in Minnesota
ALEXIS D. MALONE, ESQ.
SYLVIA E. RONNAU, ESQ.
DIANE R. BURTON, J.D. Law Clerk

March 17, 2006

US CITIZENSHIP AND IMMIGRATION SERVICE
CALIFORNIA SERVICE CENTER
P.O.BOX 10590
LAGUNA NIGUEL, CA 92607-0590

RE:    WAC05214511552

Dear Sir or Madam:

As per your letter dated February 24th, 2006 enclosed please find the following:

Marriage Certificate, Bengali version of NIKAH NAMA, legible photocopies of Mr. Abdur Rashid's entire passport, form G-325 A for both petitioner and applicant with two photos each. Kindly process and keep the office update.

Thank you for all your cooperation.

Very truly yours,

SUMAN LATA
Secretary

4

# U. S. Citizenship and Immigration Services

**Immigration Services and Benefits**

**National Customer Service Call Center (NCSC)**

Call Scripts and Information

Case Status Online

Case Status Search

Register

Login

Case Status FAQs

**Case Status**

**Receipt Number: wac0521451552**

**Application Type: I130, IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN**

**Current Status: Response to request for evidence received, and case processing has resumed.**

On March 30, 2006, we received your response to our request for evidence. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. You should expect to receive a written decision or written update within 60 days of the date we received your response unless fingerprint processing or an interview are standard parts of case processing and have not yet been completed, in which case you can use our processing dates to estimate when this case will be done. This case is at our CALIFORNIA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 - 5283 or 1-800-767-1833 (TTY).

[ New Search ]

[ Printer Friendly Case Status ]

**Get Acrobat Reader**

**01-04-2007 03:59 PM EST**

5

**LAW OFFICES OF**
**ASHWANI K BHAKHRI**
**A PROFESSIONAL CORPORATION**

1290 Bayshore Highway, Ste. 255
Burlingame, CA 94010
Tel: (650) 685-6334
Fax: (650) 685-6351

ASHWANI K. BHAKHRI, ESQ.
JOSEPH J. SIGUENZA, ESQ.
ROBERT J. MENACHE, ESQ.
PHILIP SARMIENTO, ESQ.
GEORGE HERIDIS, ESQ.
ELIANNE DE LA VEGA, ESQ.

DIANE R. BURTON, J.D. Law Clerk

September 6, 2006

USCIS
US Department of Homeland Security
P.O. Box 10590
Laguna Niguel, CA 92607-0590

RE: Rashid, Abdur #WAC0521451552
    Rashid Fatima, Beneficiary

Dear Sir/Madam:

We submitted additional information on March 17, 2006, complying with the
Service request, dated February 24, 2006. A copy of our March 17, 2006 letter
along with the supporting documents is attached herewith. Would you please
advise us on the status of Mr. Rashid's 1-130 petition. Thank you for your
attention to this matter. If you have any questions, please feel free to call the
undersigned.

Sincerely,

ASHWANI K. BHAKHRI

AKB: ash
Encl.
cc: Client

**LAW OFFICES OF**
**ASHWANI K BHAKHRI**
**A PROFESSIONAL CORPORATION**
1290 Bayshore Highway, Ste. 255
Burlingame, CA 94010
Tel: (650) 685-6334
Fax: (650) 685-6351

ASHWANI K. BHAKHRI, ESQ.
JOSEPH J. SIGUENZA, ESQ.
ROBERT J. MENACHE, ESQ.
PHILIP SARMIENTO, ESQ.
GEORGE HERIDIS, ESQ.
ELIANNE DE LA VEGA, ESQ.

DIANE R. BURTON, J.D. Law Clerk

November 9, 2006

(Certified Mail Return Receipt Requested)

USCIS
US Department of Homeland Security
P.O. Box 10590
Laguna Niguel, CA 92607-0590

RE: Rashid, Abdur #WAC0521451552
      Rashid Fatima, Beneficiary

Dear Sir/Madam:

We last wrote to you on September 6, 2006, requesting the Service to expedite processing of Mr. Rashid's I-130 petition that he had filed on behalf of his spouse. The Service request for additional evidence was complied with on March 17, 2006. The petition is still pending adjudication. The petition is approvable with the evidence submitted to this date. Would you please expedite processing of Mr. Rashid's I-130 petition that has been pending since July 26, 2005. Thank you for your attention to this matter. If you have any questions, please feel free to call the undersigned.

Sincerely,

ASHWANI K. BHAKHRI

AKB: ash
Encl.
cc: Client

**LAW OFFICES OF**
**ASHWANI KUMAR BHAKHRI**
**A PROFESSIONAL CORPORATION**
1290 Bayshore Highway, Ste. 255
Burlingame, CA 94010
Tel: (650) 685-6334
Fax: (650) 685-6351

ASHWANI K. BHAKHRI, ESQ.
JOSEPH J. SIGUENZA, ESQ.
ROBERT J. MENACHE, ESQ.
PHILIP SARMIENTO, ESQ.
GEORGE HERIDIS, ESQ.
ELIANNE DE LA VEGA, ESQ.

January 23, 2007
**(URGENT....URGENT....URGENT....URGENT)**

California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

RE: Petitioner: Abdur Rashid #WAC-05-214-51552
    Beneficiary: Fatima Rashid
    Type of Application: I-130

Dear Sir/Madam:

We wrote to you on January 11, 2007, requesting status information on Mr. Rashid's pending I-130 application that he had filed on behalf of his spouse. The petition has been pending adjudication since July 26, 2005. It has been taking incredible time to process the subject I-130 petition. The petition is approvable with the evidence submitted. Please be advised that Mr. Rashid has instructed me to file a writ of mandamus with the District Court if the petition is not adjudicated within 15 days of the date of this letter. Thank you for your attention to this matter. If you have any questions, please feel free to call the undersigned.

Sincerely,

ASHWANI K. BHAKHRI

AKB: ash
Encl.
cc: Client

# Transmission Report

| Date/Time | 03-29-2007 | 11:35:51 a.m. | Transmit Header Text | LAW OFFICES OF ASHWANI BHAKHRI |
| Local ID 1 | 11 | | Local Name 1 | |
| Local ID 2 | | | Local Name 2 | |

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

**LAW OFFICES OF ASHWANI K. BHAKHRI**
A PROFESSIONAL CORPORATION
1290 Old Bayshore Highway, Suite 255
Burlingame, CA 94010
PH (650) 685-6334
FX (650) 685-6351

## FACSIMILE TRANSMISSION

TO: USCIS                     FROM: Ashwani Bhakhri

FAX NUMBER: (949) 389-3441

TOTAL PAGES (INCLUDING THIS COVER SHEET): 2

RE: Abdur Rasheed            DATE: 3/29/07

☐ URGENT   ☐ REVIEW   ☐ PLEASE RESPOND   ☐ REQUESTED INFO

ADDITIONAL COMMENTS/DIRECTIONS:

NOTE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via U.S. Postal Service. Thank you.

IF YOU HAVE QUESTIONS OR TRANSMITTAL IS INCOMPLETE, PLEASE CALL
_____ AT (650) 685-6334

Total Pages Scanned : 2            Total Pages Confirmed : 2

| No | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|-----|-----|----------------|------------|----------|-------|------|------|----------|---------|
| 001 | 697 | 9493893441 | 11:35:01 a.m. 03-29-2007 | 00:00:26 | 2/2 | 1 | EC | HS | CP28800 |

Abbreviations:
| HS: Host send | PL: Polled local | MP: Mailbox print | TU: Terminated by user | |
| HR: Host receive | PR: Polled remote | CP: Completed | TS: Terminated by system | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FA: Fail | RP: Report | EC: Error Correct |

**LAW OFFICES OF**
**ASHWANI K BHAKHRI**
**A PROFESSIONAL CORPORATION**
1290 Bayshore Highway, Ste. 255
Burlingame, CA 94010
Tel: (650) 685-6334
Fax: (650) 685-6351

ASHWANI K. BHAKHRI, ESQ.
JOSEPH J. SIGUENZA, ESQ.
ROBERT J. MENACHE, ESQ.
PHILIP SARMIENTO, ESQ.
GEORGE HERIDIS, ESQ.
ELIANNE DE LA VEGA, ESQ.

February 27, 2007
(2nd Request)

<u>By Facsimile</u>
US Department of Homeland Security
USCIS
Fax: (949) 389-3441

RE: Request to Expedite Processing of I-130 petition
    Abdur Rashid (Petitioner)
    Fatima Rashid (Beneficiary)
    **File No.: WAC-05-214-51552**

Dear Sir/Madam:

We wrote to you on February 14, 2007, requesting you to expedite the processing of Mr. Rashid's I-130 petition that he had filed on behalf of his wife. We have submitted all the information the Service has requested to date. Kindly advise if any additional information is required. It has been more than a year since we submitted the petition. Kindly expedite processing of this petition and keep this office informed on the status. If we do not hear from you within 10 days of the date of this letter, a writ of mandamus with the District Court will be filed. Thank you for your attention to this matter.

Sincerely,

ASHWANI K. BHAKHRI

AKB: ash
Encl.
cc: Client

**LAW OFFICES OF**
**ASHWANI K BHAKHRI**
**A PROFESSIONAL CORPORATION**
1290 Bayshore Highway, Ste. 255
Burlingame, CA 94010
Tel: (650) 685-6334
Fax: (650) 685-6351

ASHWANI K. BHAKHRI, ESQ.
JOSEPH J. SIGUENZA, ESQ.
ROBERT J. MENACHE, ESQ.
PHILIP SARMIENTO, ESQ.
GEORGE HERIDIS, ESQ.
ELIANNE DE LA VEGA, ESQ.

March 29, 2007
(3rd Letter)

(Facsimile Transmission & BY Mail)
US Department of Homeland Security
USCIS
P.O. Box 30111
Laguna Niguel, CA 92607-0111
Fax: (949) 389-3441

RE: Request to Expedite Processing of I-130
    Abdur Rashid (Petition)
    Fatima Rashid (Beneficiary)
    File No.: WAC-05-214-51552

Dear Sir/Madam:

We wrote to you on February 27, 2007, requesting your to expedite the
processing of Mr. Rashid's I-130 visa petition that he had filed on behalf of his
wife. The Service requested additional documents which the Service
acknowledged receipt on March 30, 2006. It has been a year since the Service
request for additional evidence was submitted. The case is approvable with the
evidence on record and merits a favorable decision. We request that this matter
be expedited and immediate action in this regard is requested. If we do not hear
from your within 10 days of the date of this letter, we will file a writ of mandamus
with the District Court. No further notice will be given to you. Thank you for your
prompt attention to this matter.

Sincerely,

ASHWANI K. BHAKHRI

AKB: ash
Encl.
cc: Client

**LAW OFFICES**
**OF ASHWANI K. BHAKHRI**
**A PROFESSIONAL CORPORATION**
1290 Old Bayshore Highway, Ste. 255
Burlingame, CA 94010
Tel: (650) 685-6334
Fax: (650) 685-6351

ASHWANI K. BHAKHRI, ESQ.
JOSEPH J. SIGUENZA, ESQ.
ROBERT J. MENACHE, ESQ.
PHILIP SARMIENTO, ESQ.
ELIANNE DE LA VEGA, ESQ.
GEORGE HERIDIS, ESQ.

February 14, 2007

BY FACSIMILE
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
Fax: (949) 389-3441

### Re: Request for Expedited Processing of I-130 Petition (Receipt No. <u>WAC-05-214-51552</u>)

### Petitioner: Abdur Rashid
### Beneficiary: Fatima Rashid

Dear Sir/Madam,

I write on behalf of Mr. Abdur Rashid to request expedited processing of the I-130 Petition he filed on behalf of his wife, Ms. Fatima Rashid. *Please find attached signed G-28 Form.* Mr. and Ms. Rashid were married in Bangladesh on September 30, 2004; their first child, a daughter named Faria Rabia Rashid, was born in Bangladesh on June 30, 2005. *Please find attached Marriage Certificate, and Birth Certificate of Child.*

The I-130 Petition Mr. Rashid filed for his wife subsequent to their marriage was received by the California Service Center (hereinafter "CSC") on July 26, 2005. *Please find attached I-797C, Notice of Action.* At the time of filing, Mr. Rashid was a United States citizen; he became a United States citizen by naturalization on July 10, 2001. *Please find attached Certificate of Naturalization.* According to the CSC Processing Dates available online, the CSC is now processing I-130 Petitions filed by a United States citizen for their spouse with Receipt Notice Date of June 15, 2006. *Please find attached CSC Processing Dates.*

By written notice dated February 24, 2006, the CSC issued a "Request for Evidence" to further support the I-130 Petition Mr. Rashid filed on his wife's behalf. *Please find attached Notice of Action, Request for Evidence.* Specifically, the CSC requested 1) the proper Bengali version of the Extract from the Register of Marriage 'Nikah Nama' certified by the Muslim Marriage Registrar (Kazi); 2) a copy of Mr. Rashid's entire passport; 3) completed and signed G-325A Forms for both Mr. and Ms. Rashid; and 4) two separate Passport-style photos of both Mr. and Ms. Rashid. The CSC, in the same notice, indicated that the foregoing evidence was due on or before May 19, 2006.

The requested evidence was timely submitted and received in full by the CSC on March 30, 2006. *Please find attached case status sheet, cover letter in response to Request for Further Evidence*

1

*and attached exhibits*. The CSC indicated in its acknowledgement of receipt of requested evidence that Mr. Rashid would receive a decision or update on the I-130 Petition within sixty days. To date, Mr. Rashid has received no decision on his I-130 Petition.

Mr. Rashid, on his own and through counsel, has made several written and telephonic inquiries into his pending I-130 Petition. *Please find attached inquiry letters and case status sheet*. The last correspondence received from the CSC to his inquiries is dated August 6, 2006. *Please find attached CSC letter updating Mr. Rashid of the processing of his I-130 Petition*. In that correspondence, the CSC asserts that it is actively processing his case, but that it has to "perform additional review on this case and this has caused a longer processing time." The CSC further advises Mr. Rashid to inquire again into the status of his I-130 Petition if he does not "receive a decision or other notice of action" within 6 months of August 6, 2006 (on or about February 6, 2007).

As of this writing, neither Mr. Rashid nor his attorney of record have received any further response, decision, or update in this case.

Pursuant to the foregoing facts and on behalf of Mr. Rashid, his wife and their child, I humbly submit the instant request for expedited processing of the I-130 Petition he filed in July 2005 for humanitarian reasons and in light of exigent circumstances in his case. Here, Mr. Rashid, a United States citizen, wishes to be reunited with his wife and child; their unexplained, prolonged separation from one another has caused them severe emotional and psychological hardship. Additionally, Mr. Rashid asserts that he is currently ill and scheduled to undergo surgery on March 9, 2007. *Please find attached Kaiser Permanente Visit Verification Form*. His condition, which requires three weeks of recovery time, is being exacerbated by the absence of his family in his life and confusion about the status of their immigration matters. In further support of the instant request, I also respectfully assert that the USCIS has a compelling interest to process cases within the CSC processing dates. In light of all the foregoing reasons, Mr. Rashid asks the USCIS to process his family's case.

Alternatively, Mr. Rashid would greatly appreciate a clear explanation as to why the processing of the I-130 petition he filed in July 2005 is being delayed given the fact that the CSC is currently processing identical petitions filed in June 2006. Undersigned counsel, furthermore, represents that Mr. Rashid has been advised of his option to file a writ of mandamus to the appropriate district court in this matter, but that he does not wish to pursue that course of action at this time. Mr. Rashid presents the facts and requests herein in anticipation and hope of being reunited with his family as soon as possible. On his behalf, I thank you in advance for your time and consideration into this matter. Should you have any questions, please contact our office.

Sincerely,

George Heridis

George T. Heridis, Esq.
Attorney at Law

Enclosure(s) / Attachment(s); as described above.

cc. in-house file.

2

6

includes waivers based on No Objection Statements, Interested Government Agency requests, and State Health Department requests. If the Department of State's Waiver Review Division sent the favorable waiver recommendation to the Service Center more than 60 days ago, and you have not received a response from the Service Center.

Service Center Processing Dates for **California** Posted December 18, 2006

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|------|-------|-----------------------------------|--------------------------------------------------|
| **I-90** | Application to Replace Permanent Resident Card | Initial issuance or replacement | May 03, 2006 |
| **I-102** | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | September 14, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | October 15, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | October 15, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | October 15, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | November 30, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | November 15, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | October 15, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | October 15, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | L - Intracompany transfers | November 15, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | Blanket L | October 15, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | O - Extraordinary ability | October 15, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | October 15, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | October 15, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | R - Religious occupation | August 23, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | October 15, 2006 |
| **I-129F** | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | June 15, 2006 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | June 15, 2006 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 09, 2001 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| **I-130** | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | December 22, 2004 |
| **I-130** | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| **I-131** | Application for Travel Document | All other applicants for advance parole | September 14, 2006 |
| **I-212** | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | May 01, 2006 |
| **I-360** | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | February 07, 2006 |

U.S. Department of Homeland Security



**U.S. Citizenship
and Immigration
Services**

2 - 5 - 7

LAW OFFICES OF
ASHWANI KUMAR BHAKHRI
1290 BAYSHORE HWY STE 255
BURLINGAME CA 94010

A-Number / Receipt Number:

WAC0521451552

Dear Sir or Madam:

Thank you for your recent inquiry to the California Service Center (CSC) via fax or letter for information regarding your case status. USCIS has launched a new referral tracking system through our National Customer Service Center. To ensure that customer inquiries are handled as effectively and quickly as possible, we ask that you call our National Customer Service Center, which is available Monday through Friday, 8:00 AM – 5:00 PM, PST at *1-800-375-5283*. The National Customer Service Center will track your inquiry with us to resolution.

Please note that we will continue to accept expedite requests via fax at 949-389-3441. Expedite requests must meet the criteria noted on our website at http://www.uscis.gov/portal/site/uscis - click on the **"My Case is Pending"** link.

Most importantly, USCIS provides a case-status online inquiry service on our website at www.uscis.gov – just click on the **"Case Status & Processing Dates"** link. Finally, the USCIS website also includes a chart that reports current processing dates for particular applications and petitions in relation to the date the application or petition was filed. The USCIS processes cases in the order received.

Thank you.

California Service Center
General Inquiry Response Rev. 1-24-07

CERTIFICATE OF SERVICE
Re: ABDUR RASHID
Case No.:

I hereby certify that ONE (1) copy of the Plaintiff's Writ in the Nature of Mandamus along with the attachments and one (1) copy of this proof of service were mailed first class mail to the following:

1. Alberto Gonzales
   Attorney General of the United States
   10th and Constitution Avenue, NW, Room 4400
   Washington, D.C. 20530

2. Office of the US Attorney
   Northern District
   Attn: Civil Process Clerk
   450 Golden Gate Avenue
   P.O. Box 36055
   San Francisco, CA 94012

3. General Counsel
   USCIS
   US Department of Homeland Security
   425 I Street, NW
   Room 6100
   Washington, D.C 20536

4. Christina Poulos, Acting Director
   California Service Center
   P.O. Box 10130
   Laguna Niguel, CA 92607-1013

on this 4th day of May 2007.

BY
ASHWANI K. BHAKHRI