1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 ABDUR RASHID,                           )
                                           )  No. C 07-2414 BZ
13              Plaintiff,                 )
                                           )
14      v.                                 )
                                           )
15 CHRISTINA POULOS, Acting Director,      )  **STIPULATION TO DISMISS AND**
   California Service Center;              )  **[PROPOSED] ORDER**
16 MICHAEL CHERTOFF, Secretary of the      )
   Homeland Security;                      )
17 ALBERTO GONZALEZ, Attorney General      )
   of the United States; and               )
18 Does 1 thru 50                          )
                                           )
19              Defendants.                )
                                           )
20
       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney
21
   of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled
22
   action without prejudice in light of the fact that the United States Citizenship and Immigration
23
   Services adjudicated Plaintiff's Immigrant Petition for Relative.
24
       Each of the parties shall bear their own costs and fees.
25
   ///
26
   ///
27

28
   Stip to Dismiss
   C 07-2414 BZ

| | |
|---|---|
| 1   Date: June 5, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |

                                            /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: June 5, 2007                         /s/
ASHWANI K. BHAKHRI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:                                        
BERNARD ZIMMERMAN
United States Magistrate Judge

Stip to Dismiss
C 07-2414 BZ