SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUR RASHID, <br>         Plaintiff, <br><br>     v. <br><br> CHRISTINA POULOS, Acting Director, California Service Center; <br> MICHAEL CHERTOFF, Secretary of the Homeland Security; <br> ALBERTO GONZALEZ, Attorney General of the United States; and <br> Does 1 thru 50 <br><br>         Defendants. | No. C 07-2414 BZ <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's Immigrant Petition for Relative.

    Each of the parties shall bear their own costs and fees.

///

///

Stip to Dismiss
C 07-2414 BZ

| | | |
|---|---|---|
| 1 | Date: June 5, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: June 5, 2007                              _____/s/_____
ASHWANI K. BHAKHRI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:   June 7, 2007

BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip to Dismiss
C 07-2414 BZ